## VERIFICATION

I verify that the statements made in this Complaint to the United States District Court for the Middle District of Pennsylvania are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. Section 4904, relating to unsworn falsification to authorities.

X _____
Christopher M. Toro, Sr.