IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER M. TORO, SR., | No. 4:24-CV-02023 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| FRANK BISIGNANO,[1] *Commissioner of Social Security*, | |
| Defendant. | |

# ORDER

### AUGUST 28, 2025

Christopher M. Toro, Sr., filed this action seeking review of a decision by the Commissioner of Social Security ("Commissioner") denying Toro's claim for disability insurance benefits.[2] On July 31, 2025, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court affirm the Commissioner's decision.[3] After receiving an extension of time, Toro filed timely objections to the report and recommendation.[4]

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a *de novo* determination of those portions of the report

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Frank Bisignano, as the successor officer to Martin O'Malley, is automatically substituted as Defendant in this action.
[2] Docs. 1, 9.
[3] Doc. 13.
[4] Docs. 15, 16.

or specified proposed findings or recommendations to which objection is made.'"[5] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[6] Upon *de novo* review of the record, the Court finds no error in Magistrate Judge Carlson's conclusion that the Commissioner's decision is supported by substantial evidence. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 13) is **ADOPTED**;

2. The Commissioner's decision is **AFFIRMED**;

3. Final Judgment is entered in favor of Defendant and against Toro pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g); and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[5] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).
[6] 28 U.S.C. § 636(b)(1); Local Rule 72.31.