# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| Christopher M. Toro, Sr. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4:24-CV-2023-MWB |
| Martin O'Malley ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Final judgment is entered in favor of Defendants and against Toro pursuant to Fed. R. Civ. R. 58 and sentence four of 42 U.S.C. § 405(g);
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Matthew W. Brann on a motion for Report and Recommendation (Doc. 13)
.

Date: 8/28/2025

CLERK OF COURT

s/ *Nicole Reynolds*
*Signature of Clerk or Deputy Clerk*